# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF
REINSTATEMENT OF JOSE C.
PALLARES, BAR NO. 4020.

No. 81951

FILED

DEC 23 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF REINSTATEMENT

This is an automatic review of a Southern Nevada Disciplinary Board hearing panel's recommendation to reinstate suspended attorney Jose C. Pallares with certain conditions. As no briefs have been filed, this matter stands submitted for decision. SCR 116(2).

This court suspended Pallares from the practice of law for three years for violating RPC 1.3 (diligence), RPC 3.4(c) (fairness to opposing counsel: knowingly disobeying an obligation under the rules of a tribunal), and RPC 8.4(d) (misconduct prejudicial to the administration of justice). *In re Discipline of Pallares*, Docket No. 70953 (Order Approving Conditional Guilty Plea Agreement, Jan. 20, 2017). Pallares filed his petition for reinstatement on April 24, 2020, after his suspension ended. Following a hearing, the panel unanimously recommended that he be reinstated to the practice of law with certain conditions.

Based on our de novo review, we agree with the panel's conclusions that Pallares has satisfied his burden in seeking reinstatement by clear and convincing evidence. SCR 116(2) (providing that an attorney seeking reinstatement must demonstrate compliance with certain criteria "by clear and convincing evidence"); *Application of Wright*, 75 Nev. 111, 112-

20-46272

13, 335 P.2d 609, 610 (1959) (reviewing a petition for reinstatement de novo). We therefore approve the panel's recommendation that Pallares be reinstated. We also approve the conditions on reinstatement recommended by the panel, as set forth below.

Accordingly, Jose C. Pallares is hereby reinstated to the practice of law in Nevada. As a condition of his reinstatement, Pallares shall be prohibited from maintaining his own practice and shall instead be required to work under the supervision of another Nevada licensed attorney. Pallares shall also be required to notify the State Bar of any change(s) in employment within ten (10) days. Additionally, for three years from the date of this order, Pallares shall be required to complete double the required number of ethics and substance abuse CLE classes per year. Finally, Pallares shall pay the costs of the reinstatement proceeding, including $2,500 under SCR 120, within 90 days from the date of this order, if he has not done so already.

It is so ORDERED.

_____, C.J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Cadish

_____, J.
Silver

SUPREME COURT
OF
NEVADA

(O) 1947A

cc: Chair, Southern Nevada Disciplinary Board
Jose C. Pallares
Bar Counsel, State Bar of Nevada
Executive Director, State Bar of Nevada
Admissions Office, U.S. Supreme Court